IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Saucedo, Osiel

Printed: 9/23/08

Case Number: 08 B 02416
Judge: Hollis, Pamela S
Filed: 2/3/08

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status: Dismissed: July 28, 2008
Confirmed: None

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 2,469.00 |  |
| Secured: |  | 0.00 |
| Unsecured: |  | 0.00 |
| Priority: |  | 0.00 |
| Administrative: |  | 0.00 |
| Trustee Fee: |  | 0.00 |
| Other Funds: |  | 2,469.00 |
| Totals: | 2,469.00 | 2,469.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Citigroup | Secured | 0.00 | 0.00 |
| 2. | American Home Mortgage Servicing | Secured | 0.00 | 0.00 |
| 3. | Citigroup | Secured | 0.00 | 0.00 |
| 4. | American Home Mortgage Servicing | Secured | 45,797.60 | 0.00 |
| 5. | ECast Settlement Corp | Unsecured | 2,153.57 | 0.00 |
| 6. | Wells Fargo Financial Illinois Inc | Unsecured | 554.58 | 0.00 |
| 7. | Wells Fargo Financial | Unsecured |  | No Claim Filed |
| 8. | Control Credit Management | Unsecured |  | No Claim Filed |
| 9. | Harlem Furniture | Unsecured |  | No Claim Filed |
| 10. | Sallie Mae | Unsecured |  | No Claim Filed |
|  |  |  | $ 48,505.75 | $ 0.00 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
|  | $ 0.00 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:  Saucedo, Osiel

Printed: 9/23/08

Case Number: 08 B 02416
Judge: Hollis, Pamela S
Filed: 2/3/08

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

